IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NEAL HARRIS, *et al.*,          :

      Plaintiffs,

    v.                                            Case No. 3:19-cv-341

                  :

GERMAN TOWNSHIP, OHIO, *et*          JUDGE WALTER H. RICE
*al.*,

                  :

      Defendants.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #22);
SUSTAINING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT (DOC. #18); AMENDED COMPLAINT TO BE
FILED WITHIN 10 CALENDAR DAYS

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Sharon L. Ovington, in her Report and Recommendations, Doc.

#22, as well as upon a thorough *de novo* review of this Court's file and the

applicable law, the Court ADOPTS said judicial filing, and SUSTAINS Plaintiffs'

Motion for Leave to File an Amended Complaint, Doc. #18.

Although the parties were notified of their right to file Objections to the

Report and Recommendations, and of the consequences of failing to do so, no

Objections were filed within the time allotted.

Pursuant to Fed. R. Civ. P. 15(a), the Court grants Plaintiffs leave to file their Amended Complaint within ten (10) calendar days of the date of this Decision and Entry.


Date: September 1, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE