IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NEAL HARRIS, et al., | : | CASE NO. 3:19-CV-00341 |
| Plaintiffs, | : | Judge Walter H. Rice |
| v. | : | |
| GERMAN TOWNSHIP, OHIO, et al., | : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MANUALLY

Pursuant to Local Rule 5.1(c), and for good cause shown, Plaintiffs Neal and Joy Harris are granted leave to manually file with the Clerk of Courts a compact-disc containing a video exhibit that Plaintiffs use as supporting evidence in moving for summary judgment.

SO ORDERED.

8/3/21
Date

Judge Walter H. Rice

3766878.1

3766878.1